RECEIVED

NOV 1 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RUSSELL CHAPMAN                     DOCKET NO. 11-CV-711; SEC. P
    LA. DOC. #292058

VERSUS                              JUDGE DEE D. DRELL

CORRECTIONS CORPORATION OF          MAGISTRATE JUDGE JAMES D. KIRK
TENNESSEE, ET AL.


## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claims be and are hereby DENIED and DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this _____ day of November, 2011.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE